Robert B. Wilson
Chapter 13 Trustee
6308 Iola Avenue, Suite 100   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

HIBBERT REINHARDT SCOTT

CASE NO. 14-70296-HDH-13

AKA1:                                          AKA2:
DBA1:                                          DBA2:
SS#1:  xxx-xx- 2144                            SS#2:

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

  A. Orig. Date:  10/7/2014   Orig. Time:   11:00 AM        Reset Date:              Reset Time:

  B. Meeting Results:        Adjourned

  C. Debtor(s):   Debtor 1 Appeared

  D. Attorney for Debtor(s):    Appeared

  E. Creditor Appearance:   None

  F. Amount Paid to the Trustee as of        10/7/2014     $0.00      First Payment Due Date:     10/11/2014

  G. File Trustee's Motion to Dismiss because

  H. B22C Information:      B22C Form is:     Complete

      Budgeted Income:    $3,386.43    Expense:    $2,774.43    Surplus:    $612.00

      Plan Payment:    $612.00  Monthly                          Plan Term(Months):    60

  I. Value of Non-Exempt Property:        $0.00   Proposed Amount to Unsecured Creditors:      $0.00

      Objection to Exemption of:
      ___
      ___ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:
          ___ Object to Invoke Stay Pleading
      ___ Case Converted from Chapter 7, Bar Date Set:    1/5/2015    Date Converted from Chapter 7:

  J. Required Information:   Home & auto declaration pages, not just invoice.

  K. Business Information:

  L. Object to Confirmation:    Yes

      Trustee request $150 step payment to begin __/__
      Failure to include all disposable income

  M. Financial Management Class:    Debtor 1 Appeared

  N. Eligibility:

      Certificate of Credit Counseling Filed:    Debtor 1 Only

      Credit Counseling Provider Approved:                Yes

      Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):    No

  O. Domestic Support Obligation:        $0.00   Current:        Arrears:        $0.00

      Affidavit and Disclosure of Domestic Support Obligations Received:  Yes

  P. Remarks:   MTD
                -Home & auto declaration pages, not just invoice.
                Questions
                -Gambling is not allowed while in bankruptcy.
                -Tax returns will be reviewed annually and gambling winnings will be a problem.
                -Trustee request $150 step payment to begin __/__
                    -When will $152.01 401k loan be completed?
                Not sure. Statemtn will need to be provided.
                    -Sch J lists excessive expenses
                    -Nat'l Std 1, 1, & 1 $2,631 -- Adj Nat'l Std $2,731 -- Adjusted by $100 charity
                    -Sch J $2,774 & debt in plan $468 totals $3,242 or $511 above Adj Nat'l Std
                    -555 miles to work weekly. 129 miles one way so how many times a week?
                Drives to dallas Monday & home Friday. In Dallas is it 75 roundtrip per day

Robert B. Wilson
Chapter 13 Trustee
6308 Iola Avenue, Suite 100    Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

-555 miles/12 miles/gallon is 46 gallons@3.20/gallon=$148/wkx52/12=$641
So 633 work miles/12=52.75 gallons@$3,20 is $168.80/wk or $731/mo so no objection.
-$693 transportation & $100/mo auto maintenance?
-Failure to include all disposable income
-Plan provides NSF check debt as unsecured special class paid through the Plan -- OK per MM
-Plan fails to provide for Archer City & ISD's $27.00 secured 2014 tax claim -- TRCC
-Feasibility until all claims are properly treated -- TRCC
Will be mailed in the next 2 days.

Dated:    10/7/2014

/s/ Robert B. Wilson

Standing Bankruptcy Trustee
By:        Brent Hagan

| Case Number: | | 14-70296 | | | | |
|---|---|---|---|---|---|---|
| Debtor: | | Scott | | | | |
| Attorney: | | White | | | | |
| Presiding Officer: | | Brent Hagan | | | | |
| Calculation Date: | | | | | | 10/6/2014 16:30 |

| Domestic Support   Input name from Plan | | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|---|
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|---|
| DATCU | | $24,973.81 | 4.00% | 60 | $459.93 | $27,595.84 |
| Archer City & ISD -- $27 2014 tax claim | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor          Input name from Plan | | Value/Claim Amount<br>Enter amount from Plan | | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|---|
| IRS -- Filed $6,000 | | $527.00 | | 55 | $9.58 | $527.00 |
| CPR -- U/S Special Class | | $392.50 | | 36 | $10.90 | $392.50 |
| CPR -- U/S Special Class | | $235.00 | | 36 | $6.53 | $235.00 |
| TeleCheck | | $148.40 | | 36 | $4.12 | $148.40 |
| TeleCheck | | $169.60 | | 36 | $4.71 | $169.60 |
| | | $0.00 | | 1 | $0.00 | $0.00 |
| | | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees        Paid Through the Plan | | $3,275.00 | | | | $3,275.00 |
|---|---|---|---|---|---|---|

| Noticing Fees | | $63.36 | | | | $63.36 |
|---|---|---|---|---|---|---|
| Clerk Filing Fees | | $0.00 | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | | |
|---|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $0.00 | | | | |
| Less Trustee Fees | $0.00 | | | | |
| Less Attorney Fees | $3,275.00 | | | | |
| Less Noticing Fees | $63.36 | Greater Of ---------> | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | | |
| Less Scheduled Priority Claims | $1,472.50 | | | | |
| Less Other (Explain Below) | $0.00 | | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $20,554.00 |
|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $36,000.41 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $36,720.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $719.59 |

**Comments:**

Version 1.03 Last Revised: 7/31/2008